IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARK A. SWIFT,<br><br>                Defendant. | 8:14CR107<br><br>TRANSPORTATION ORDER |

      This matter was before the Court for a final hearing regarding the Revocation of Supervised Release Petition. Filing No. 58. Defendant admitted allegations 4 & 5 of the Petition for Offender. Defendant has violated his term of Supervised Release. Defendant was remanded to the custody of the U.S. Marshals, and it was ordered that the Defendant Swift shall undergo a forensic evaluation pursuant to 18 U.S.C. § 4241. Filing No. 75.

      This matter came on for further hearing concerning the defendant's transportation to FCC Butner, the defendant's assigned evaluation facility. The defendant's mental stability is such that the Court is concerned about the defendant's mental deterioration during the Bureau of Prisons (BOP) usual and customary transportation arrangements. The Court is advised that due to the defendant's condition and the Court's request the BOP has made arrangement for the defendant's direct transportation. The Court finds that the request direct transportation to FCC Bunter for defendant's mental competency examination will be granted. The Court's order remanding the Defendant for mental evaluation (Filing No. 75) is amended only as to the Defendant's direct transportation and remains otherwise in effect.

      IT IS ORDERED:

1.     Defendant Swift has agreed to voluntarily submit to a Forensic Examination.

2. Pursuant to 18 U.S.C. § 4241, Defendant will voluntarily surrender to the U.S. Marshal Service for transport by U.S. Marshal Service (USMS) to BOP facility FCC Butner.

3. The USMS shall directly transport Defendant to FCC Butner.

4. After the completion of the evaluation of Defendant, the Court will determine the necessity of further direct transport from the facility which the evaluation was completed back to the District of Nebraska.

Dated this 12th day of March, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge