IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARK A. SWIFT,<br><br>                Defendant. | **8:14CR107**<br><br>**ORDER** |

    This matter comes before the Court on its own motion. The Court has been advised that the previously ordered competency evaluation has been completed. The Court finds that the defendant's mental condition is not substantially changed and that direct transport for the return trip remains appropriate. The U.S. Marshal is ordered to return Defendant to the District of Nebraska.

    IT IS ORDERED:

    1. Defendant is to be released to the custody of the U.S. Marshal for direct commercial air transport back to the District of Nebraska.

    Dated this 10th day of May, 2024.

                                                                       BY THE COURT:

                                                                       s/ Joseph F. Bataillon
                                                                       Senior United States District Judge